diciembre 1, 1913, por medio de opinión. Se declara que existe causa probable para que los peticionarios queden bajo la custodia del alcaide de la cárcel de San Juan y se rebajan las fianzas a $1,000 y $4,000 respectivamente. Abogados del Pueblo: *Sres. Charles E. Foote, Fiscal de este tribunal y Luis Campillo y Jaime Sifre, Fiscales del Distrito de San Juan.* Abogados de los peticionarios: *Sres. Manuel F. Rossy y Rafael Guillermety.*

---

No. 292. Ex PARTE FRANCISCO JIMÉNEZ, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2632 otorgada por la National Surety Company el 24 de noviembre de 1913 y vigente desde el 16 del mismo mes. Resuelto en diciembre 1, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

---

No. 363. Ex PARTE PEDRO SANTANA NAVEDO, PETICIONARIO.— Solicitud para que se apruebe la fianza notarial No. 2645 otorgada por la National Surety Company en diciembre 1, 1913. Resuelto en diciembre 3, 1913. Aprobada dicha fianza El peticionario compareció en nombre propio.

---

No. 140. ABOY, GIORGETTI & Co., LTD., PETICIONARIOS., *v.* CABÁN, SECRETARIO DE LA CORTE DE DISTRITO DE AGUADILLA, DE-MANDADO.—Solicitud de *mandamus* presentada al Juez Asociado Sr. Aldrey. Moción de los peticionarios desistiendo de la solicitud. Resuelto en diciembre 8, 1913. Se tiene a los peticionarios por desistidos de su solicitud. Abogado de los peticionarios: *Sr. Herminio Díaz Navarro.*

---

No. 414. Ex PARTE SERGIO LEÓN LUGO, PETICIONARIO.—Solicitud para que se apruebe la fianza notarial No. 2025 otor-